UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MEGNA PATEL and SMITA PATEL,

Plaintiffs,

v.

SILVER SPUR LIVESTOCK, LLC, JEREMIAH BOONE, DOES 1 TO 50,

Defendants.

Case No. 2:26-CV-03474-TLN-CSK

**ORDER ON STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**

Judge: Hon. Troy L. Nunley

Removed From San Joaquin Superior Court, Case No. STK-CV-UAT-2026-0000971

Complaint Filed: February 6, 2026

Pursuant to a joint stipulation of Plaintiffs Megna Patel and Smita Patel, and Defendant Jeremiah Boone and Specially Appearing Defendant Silver Spur Livestock, LLC and good cause appearing, it is hereby ordered that Defendants be given a fourteen-day extension of time within which to file a response to the Complaint. Defendants shall have until October 27, 2026, to file a response.

**IT IS SO ORDERED**.

Dated: October 8, 2026

Troy L. Nunley
Chief United States District Judge